Motion granted.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

January 23, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO.: 3:22-CR-228 |
| Plaintiff, | ) JUDGE JACK ZOUHRY |
| v. | ) |
| ANKITA SINGH, | ) MOTION FOR LEAVE TO FILE PETITION |
| | ) FOR DISCLOSURE OF GRAND JURY |
| Defendant. | ) MATERIALS UNDER SEAL |

Now comes the United States of America, by its counsel, David M. Toepfer, United States Attorney, and Angelita Cruz Bridges, Assistant United States Attorney, and respectfully moves this Court for an order permitting the filing of its Petition for Disclosure of Grand Jury Materials under seal. This request is being made in order to preserve the secrecy of the grand jury proceedings, as required by Rule 6 of the Federal Rules of Criminal Procedure. The Petition discusses and references grand jury material and this material should not be available for public review. Therefore, the United States seeks an order, pursuant to Local Rule 49.4, authorizing that the Petition and Proposed Order on the Petition may be filed under seal.

    Respectfully submitted,

    DAVID M. TOEPFER
    United States Attorney

By:   */s/Angelita Cruz Bridges*
    Angelita Cruz Bridges (OH: 0072688)
    Dexter Phillips (OH: 0088374)
    Assistant United States Attorney Four
    Seagate, Suite 308
    Toledo, OH 43604
    (419) 241-0715
    (419) 259-6360 (facsimile)
    Angelita.Bridges@usdoj.gov