IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,   Case No. 3:22 CR 228

          Plaintiff,   O R D E R

   -vs-

                                  JUDGE JACK ZOUHARY

Ankita Singh,

          Defendant.

    This Court held a Zoom Conference on March 10, 2026. The Government appeared by Angelita Cruz Bridges and Dexter Phillips; Steven Lee and Mark Wagoner appeared on behalf of Defendant (appearance waived).

    This Court had an opportunity to review Defendant's Grand Jury testimony. Leave is granted for counsel to file Position Statements, under seal, regarding today's discussion.

    IT IS SO ORDERED.

                                                    s/ *Jack Zouhary*
                                                    JACK ZOUHARY
                                                    U. S. DISTRICT JUDGE

                                                    March 10, 2026