Granted.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

May 19, 2026

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:22CR228 |
| | ) | |
| Plaintiff, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | |
| | ) | MOTION FOR LEAVE TO FILE |
| ANKITA SINGH, | ) | GOVERNMENT'S SENTENCING |
| | ) | MEMORANDUM UNDER SEAL |
| Defendant. | ) | |

Now comes the United States of America, by and through its counsel, David M. Toepfer, United States Attorney, and Angelita Cruz Bridges, Assistant United States Attorney, and respectfully requests this Court grant the government permission to file its sentencing memorandum under seal. The undersigned submits that the memorandum contains sensitive information that should not be available for public review.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:    /s/ *Angelita Cruz Bridges*
Angelita Cruz Bridges (OH: 0072688)
Dexter Phillips (OH: 0088374)
Assistant United States Attorneys
Four Seagate, Suite 308
Toledo, OH 43604
(419) 241-0715
(419) 259-6360 (facsimile)
Angelita.Bridges@usdoj.gov