IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

Case No. 3:22 CR 228

Plaintiff,

-vs-

SENTENCING ORDER
RE: MANDATORY AND STANDARD
CONDITIONS OF SUPERVISED RELEASE

Ankita Singh,

JUDGE JACK ZOUHARY

Defendant.

## STANDARD CONDITIONS

While on Supervised Release Defendant shall not commit another federal, state, or local crime, shall not illegally possess a controlled substance, and shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

**DNA Collection**
Defendant shall cooperate in the collection of DNA as directed by the U.S. Pretrial Services & Probation Officer.

**Firearms and Dangerous Weapons**
Defendant shall not possess a firearm, destruction device, or any dangerous weapon

**Mandatory Drug Testing Suspended**
The periodic drug testing mandated by the Violent Crime Control and Law Enforcement Act of 1994 is hereby suspended, based on the Court's determination that Defendant poses a low risk of future substance abuse.

I have reviewed and understand the above conditions as part of my sentence.

Date: 06/02/26

_____
Ankita Singh, Defendant

_____
Attorney

IT IS SO ORDERED.

_____
Judge Jack Zouhary