IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,

Plaintiff,

-vs-

Ankita Singh,

Defendant.

Case No. 3:22 CR 228

RESTITUTION ORDER

JUDGE JACK ZOUHARY

Parties have agreed to restitution in the amount of $400,000 (Doc. 135 at ¶¶ 25–27). "Defendant waives any requirement for demand of payment on any fine, restitution, or assessment imposed by the Court and agrees that any unpaid obligations will be submitted to the United States Treasury for offset." Defendant is also required to complete financial disclosures requested by the Government no later than **Wednesday, June 17, 2026.** The information requested covers the years 2023–26.

Restitution is due to the following victim: Medicare, the Medicare Program CMS, Division of Accounting Operations, PO Box 7520, Baltimore, MD 21207-0520.

Defendant made an initial lump sum payment of $20,000 toward the agreed upon restitution amount of $400,000; and paid her special assessment of $25 on the date of Sentencing. Defendant also agreed to minimum monthly payments of $2,500 until restitution is paid in full. This Court imposed a one-year term of supervised release; however, Defendant agreed that restitution payments will continue beyond one year until restitution is paid in full. In other words, the United States may continue to collect amounts towards restitution beyond the one-year of Supervised Release.

Finally, previous payment by Defendant of $902.25 will be credited toward the restitution amount.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

June 3, 2026